[No. 27790-9-III. Division Three. December 10, 2009.]

DAVID W. CREVELING, *Appellant*, v. CALVIN TRESER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 06-2-00334-1, John E. Bridges, J. Pro Tem., entered December 31, 2008. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown and Korsmo, JJ.

[No. 27811-5-III. Division Three. December 10, 2009.]

MICHAEL E. KELLAMS, *Appellant*, v. NORCO, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Chelan County, No. 07-2-00105-5, John E. Bridges, J., entered January 15, 2009. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, A.C.J., and Sweeney, J.

[No. 61992-6-I. Division One. December 14, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. BERNADETTE DANIELS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-06817-0, Catherine D. Shaffer, J., entered July 14, 2008. *Affirmed* by unpublished opinion per Dwyer, A.C.J., concurred in by Becker and Appelwick, JJ.

[No. 62038-0-I. Division One. December 14, 2009.]

CHESIL THYE ET AL., *Appellants*, v. ZENTURE PACIFIC HOMES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-34798-4, Jay V. White, J., entered May 23, 2008. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Cox and Appelwick, JJ.